# EXHIBIT B

 Try Prime   Kristine's Amazon.com   Today's Deals   Gift Cards   Sell   Help    

Shop by Department ▼ | Search | All ▼ | | Hello, Kristine Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

## Help & Customer Service

Go

‹ All Help Topics

### Listening to Your Music

About Prime Music
Am I Eligible for Prime Music?
Find Prime Music
Download Prime Music for Offline Playback
Where's My Prime Music?
About Streaming Prime Music on Multiple Devices
About Prime Stations
Play Your Music
Create a Playlist in Your Music Library
About Finding Your Music on Your Mobile Device
Delete Music from Your Music Library
Turn On Show on Facebook
About Viewing Song Lyrics
About Amazon Music for iPhone, iPad & iPod Touch
**About the Amazon Music App for Android**
About Amazon Music for PC & Mac
About Media Formats
Digital Video and Booklet Formats
About the Upgraded Audio Playlist

### Quick Solutions

Cancel an Order
Manage Your Address Book
Your Password or Email
Manage your Amazon Music Library
Manage Your Apps and Devices
Change Your Payment Method
Kindle Help Forum
General Help Forum

Contact Us

Digital Music, Instant Video & Apps › Amazon Music › Listening to Your Music ›

## About the Amazon Music App for Android

With the Amazon Music app, you can play or download your music library on your Android device running Android OS version 4.0 or higher.

If the Amazon Music application isn't pre-installed on your device, you can install it by launching the Amazon Appstore app or Google Play and searching for "Amazon Music." You can also open Amazon Music Apps on your Android device to go directly to the Amazon Music installation page.

Follow the onscreen instructions to complete the app download and sign in. When signing in, make sure you enter the same Amazon account and password you use to shop for music and access your music library on the web.

**Tip:** You can also install the Amazon Music app widget on your device home screen. With the Amazon Music widget, you can control music playback from your home screen, or play songs in shuffle mode. To install the widget, either press and hold an empty part of your screen, tap **Widgets**, and then tap **Amazon Music**. Or, tap **Apps** at the bottom of your home screen, tap **Widgets**, and then drag the widget to the position you want.

Once you've installed Amazon Music, swipe from the left edge of your screen or tap the **Menu** button to access Your Library. Music you've purchased or added to your music library is available under **Cloud**. Music already stored on your device, and songs and albums that you download appear under the **Device** tab. To learn more about importing music from your computer to your music library, go to Import Your Music.

**Note:** If you don't see some of your music under Cloud, select **Settings** from the menu, and then tap **Refresh Your Music Library**

To shop for new music from the Digital Music Store, tap the **Store** option onscreen or in the menu.

**Note:** To purchase digital music from Amazon.com, verify that your device language is set to English (U.S.) through your device's language settings.

If you have an eligible Prime membership, you can also stream and download Prime Music using the Amazon Music App. If you're not seeing Prime Music on your device, app, or account, make sure you meet the eligibility requirements by going to Am I Eligible for Prime Music?

Was this information helpful?

Yes | No

Go

### Get to Know Us

### Make Money with Us

### Amazon Payment Products

### Let Us Help You

| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
|  | › See all |  |  |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates