# EXHIBIT C

Amazon.com Help: Play Your Music



Try Prime | Kristine's Amazon.com | Today's Deals | Gift Cards | Sell | Help

 

Shop by Department | Search | All | | Hello, Kristine Your Account | Try Prime | 0 Cart | Wish List

## Help & Customer Service

Go

‹ All Help Topics

### Listening to Your Music

About Prime Music
Am I Eligible for Prime Music?
Find Prime Music
Download Prime Music for Offline Playback
Where's My Prime Music?
About Streaming Prime Music on Multiple Devices
About Prime Stations
Play Your Music
Create a Playlist in Your Music Library
About Finding Your Music on Your Mobile Device
Delete Music from Your Music Library
Turn On Show on Facebook
About Viewing Song Lyrics
About Amazon Music for iPhone, iPad & iPod Touch
About the Amazon Music App for Android
About Amazon Music for PC & Mac
About Media Formats
Digital Video and Booklet Formats
About the Upgraded Audio Playlist

### Quick Solutions

Cancel an Order
Manage Your Address Book
Your Password or Email
Manage your Amazon Music Library
Manage Your Apps and Devices
Change Your Payment Method
Kindle Help Forum
General Help Forum

Contact Us

Digital Music, Instant Video & Apps › Amazon Music › Listening to Your Music ›

## Play Your Music

Your music can be streamed from your music library on the web or from the Amazon Music app on any compatible device.

---

To stream Amazon Music:

1. Launch the Amazon Music app or navigate to your music library on the web and browse or search by playlists, artists, albums, songs, or genres.
   **Note:** Amazon Music is supported on Internet Explorer version 10 or greater, as well as the latest versions of Firefox, Chrome, and Safari.

2. Select a song and click or tap **Play**, or **OK** on your remote if you're playing Amazon Music from a connected device.
   **Note:** Buffering, or a pause while loading or playing your music, is generally caused by a slow internet connection speed. To resolve this, check the following:
   - Check your wireless connection strength.
   - Pause other Internet activity. When your computer or device is connected to the same Internet connection as other computers or devices, it can slow your connection speed. This can happen if someone in your household is downloading files, playing video games, or watching videos online.

Was this information helpful?

Yes | No

Go

### Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | › See all | | |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates