# EXHIBIT D



**amazon** Try Prime  |  Kristine's Amazon.com  |  Today's Deals  |  Gift Cards  |  Sell  |  Help

Shop by Department  |  Search  All ▾  |  Hello, Kristine Your Account ▾  |  Try Prime ▾  |  0 Cart ▾  |  Wish List ▾

MP3 cart  |  Your Music Library











### Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history  Page 1 of 6







Amazon Cloud Drive Desktop
 (95)
$0.00

Express Project Management Software
(4)
$0.00

ClickCharts Diagram and...
(7)
$0.00

Emsisoft Emergency Kit - Free...
(6)
$0.00

The Constitution of the United...
 (95)
$0.00

You viewed  

› View or edit your browsing history

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | AmazonFresh | Amazon Local |
| --- | --- | --- | --- | --- | --- | --- |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City |
| AmazonSupply | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com |
| Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |

Free Amazon Music App

| | | | | | | |
|---|---|---|---|---|---|---|
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2015, Amazon.com, Inc. or its affiliates